**Order entered November 18, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00219-CR

**JEFFREY LEON BARRETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 354th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 32470CR**

### ORDER

On October 17, 2022, appellant filed his brief. A review of the brief reveals that on pages 10 through 27, while discussing the facts of the case, appellant reveals the names of multiple child victims.

This Court does not allow a party to file a brief that discloses the names of victims or witnesses who were children at the time of the offenses, or the names of any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court,

including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** appellant's brief.

We **ORDER** appellant to file, within **THIRTY DAYS** of the date of this order, an amended brief that identifies all individuals who were children at the time of this or any other offense either generically (for example, "victim") or by initials only, including when quoting relevant portions of the record or giving a statement of the case.

/s/     LANA MYERS
         JUSTICE